# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | |
|---|---|
| Marcia R. Sickler Mineral Trust, ) | |
| ) | **ORDER CANCELLING** |
| Plaintiff, ) | **FINAL PRETRIAL CONFERENCE** |
| ) | **AND BENCH TRIAL** |
| vs. ) | |
| ) | |
| LoneTree Energy & Associates, LLC and ) | Case No. 4:12-cv-077 |
| Hess Corporation, ) | |
| ) | |
| Defendants. ) | |

The court **ORDERS** that the final pretrial conference set for August 7, 2013 and the bench trial set for August 20, 2013 are **CANCELLED** pending the court's ruling on defendants' motion for summary judgment. The court will contact the parties to schedule a telephonic argument on the pending summary judgment motion.

**IT IS SO ORDERED.**

Dated this 31st day of July, 2013.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court