# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Marcia R. Sickler, as trustee of the Marcia R. Sickler Mineral Trust, | ) ) ) | |
| Plaintiff, | ) ) | **ORDER FOR POST-TRIAL BRIEFING** |
| vs. | ) ) | |
| LoneTree Energy & Associates, LLC and Hess Corporation, | ) ) ) | Case No. 4:12-cv-077 |
| Defendants. | ) ) | |

The court held a bench trial in the above-captioned case on December 10, 2013. Pursuant the to agreement of the parties reached at the end of the proceeding, the court **ORDERS** as follows:

1. The parties may file post-trial briefs on or before December 20, 2013. Post-trial briefing is not required.

2. Responses to post-trial briefs shall be filed by January 3, 2014.

**IT IS SO ORDERED.**

Dated this 11th day of December, 2013.

>  */s/ Charles S. Miller, Jr.*
>  Charles S. Miller, Jr., Magistrate Judge
>  United States District Court